IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BYRON ALCANTARA, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**DURAN LANDSCAPING, INC.,**<br><br>*Defendant.* | Case No. 2:21-cv-03947-JDW |

## ORDER

**AND NOW**, this 12th day of July, 2022, for the reasons stated in the accompanying memorandum, it is **ORDERED** that on or before July 29, 2022, Plaintiffs shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41, a motion for settlement approval, or a status report explaining how they intend to proceed with this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.